FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 2 0 2005

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

AVNET, INC. (HALL-MARK      :
GLOBAL SOLUTIONS DIVISION),
                            :
    Plaintiff,
                            :       CIVIL ACTION NO.
v.                          :       1:04-CV-2251-MHS
                            :
IMPACT INFORMATION
TECHNOLOGIES, INC.,         :

    Defendant.              :

## ORDER

Presently before the Court is plaintiff's motion and amended motion for entry of judgment by default by the Clerk of Court. For the following reasons, the Court grants plaintiff's amended motion.

Plaintiff Avnet, Inc. (Hall-Mark Global Solutions Divison), alleges that on or about September 4, 2000, defendant Impact Information Technologies, Inc., entered into an agreement with plaintiff for the purchase of computer goods and computer services. Plaintiff shipped defendant the goods as specified by the contract, but defendant has refused to pay for the merchandise. In addition, according to plaintiff, on January 5, 2000, defendant signed a promissory note in favor of plaintiff in the principal

AO 72A
(Rev.8/82)

amount of $2,360,000.00 together with interest at the annual rate of 10% per annum. Defendant has not paid the amounts owed under the promissory note. On August 4, 2004, plaintiff brought suit against defendant alleging breach of the contract and the promissory note and seeking damages in the total amount of $4,447,096.21 plus interest and attorneys' fees.

On November 1, 2004, the Clerk entered default against defendant for failure to plead or otherwise defend.

Plaintiff now moves for default judgment against defendant on all counts of the complaint pursuant to Fed. R. Civ. P. 55(b)(1). Plaintiff argues that its claim is for a sum certain, or for a sum which can by computation be made certain, and provides an affidavit of the amount due. Plaintiff requests the entry of default judgment against defendant (1) as to Count I, breach of contract, in the amount of $1,039,519.60 plus pre-judgment interest at the rate of 10% per annum, the applicable State of Arizona rate of interest as set forth in the contract, and costs; and (2) as to Count II, default under the terms of a promissory note, in the amount of $3,407,576.61 plus pre-judgment interest at the rate of 10%, the applicable rate of interest as stated in the contract, and costs.

For good cause shown, the Court GRANTS plaintiff's amended motion for default judgment against defendant [#11] and DENIES AS MOOT plaintiff's motion for default judgment [#10].

The Court DIRECTS the Clerk to enter final judgment against defendant Impact Information Technologies, Inc., in the amount of $4,447,096.21, plus pre-judgment interest at the applicable 10% rate and costs.

Within thirty (30) days from the date of entry of this order, plaintiff shall submit a Bill of Costs pursuant to Local Rule 54.1 and a separate petition for an award of attorneys' fees and expenses pursuant to Local Rule 54.2. The Court DIRECTS the Clerk to resubmit this action after expiration of the above time period.

IT IS SO ORDERED, this 20 day of October, 2005.

Marvin H. Shoob, Senior Judge
United States District Court
Northern District of Georgia